plaintiff discounted the draft for value without notice of any condition attached thereto.

*Mortimer Hays* and *Herman Shulman* for appellant.
*Joseph H. Choate, Jr.,* and *William L. Rumsey* for respondent.

· Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE BAPTIST HOME OF MONROE COUNTY, Respondent, *v.* CHAUNCEY SMEAD, Appellant.

*Real property — partition — sufficiency of publication of summons and of notice of sale — validity of title under referee's deed.*

*Baptist Home v. Smead,* 204 App. Div. 902, affirmed.
(Argued March 21, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 21, 1922, affirming a judgment in favor of plaintiff entered upon a decision of the court at Special Term upon the submission of a controversy on an agreed statement of facts which show that the plaintiff and defendant entered into a contract for the sale and purchase of a parcel of land and that upon a tender by the plaintiff of a deed to said property the defendant refused to accept title on the sole ground that the plaintiff's title was defective because of irregularities in a partition action through which plaintiff derived title by a referee's deed by reason of the fact that the summons and notice of sale were published in *The Daily Record* which defendant claimed was not a newspaper within the meaning of the statute providing for publication of such notices. The court at Special Term held the publication to have been sufficient and that there was no defect in plaintiff's title.

*Charles W. Butler* for appellant.
*John D. Lynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

GUMBINSKY BROS. COMPANY, Respondent, *v.* ARTHUR SMALLEY et al., Copartners Trading as EDWIN BUTTERWORTH & Co., Appellants.

*Contract — sale — action for breach of contract of sale — defense that quality was unsatisfactory.*

*Gumbinsky Bros. Co.* v. *Smalley*, 203 App. Div. 661, affirmed.

(Argued March 21, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for breach of contract for the purchase of paper stock. The defense was that the quality of the stock shipped under the contract was unsatisfactory.

*Abel E. Blackmar* and *Charles D. Ridgway* for appellants.

*I. Maurice Wormser, Leonard Acker* and *Joseph Dannenburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM B. BREWSTER, Respondent, *v.* THE TAX LEAGUE OF AMERICA, INC., Appellant.

*Contract — services — master and servant — action to recover for services — defense that employment and remuneration was dependent upon success and that having failed nothing was due.*

*Brewster,* v. *Tax League of America*, 203 App. Div. 481, affirmed.

(Argued March 21, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1922, affirming a judgment in favor of plaintiff entered upon a verdict  The action was